# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 CASE NO. 3:10cv93/RS-EMT

0.24 ACRES OF LAND MORE OR LESS
SITUATED IN ESCAMBIA COUNTY, FLORIDA;
THEODORE A. WARREN a/k/a THEODORE
ANTHONY WARREN; VERONICA HAILEY;
UNKNOWN HEIRS, DEVISEES, GRANTEES,
ASSIGNEES, LIENORS, CREDITORS,
TRUSTEES, PERSONAL REPRESENTATIVES,
OR OTHERS CLAIMING BY, THROUGH,
UNDER OR AGAINST THE ABOVE NAMED
INDIVIDUALS; CITY OF PENSACOLA, FLORIDA;
JANET HOLLEY, Tax Collector for Escambia County,
Florida; and STATE OF FLORIDA ATTORNEY
GENERAL,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 50). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The relief requested by Defendant Escambia County Tax Collector's Motion For Dismissal (Doc. 45) is **granted**, and the Escambia County Tax Collector is dismissed as a party to this case.

**ORDERED** on February 28, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**