IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   CASE NO. 3:10-cv-93/RS-EMT

0.24 OF AN ACRE OF LAND, MORE
OR LESS, SITUATED IN ESCAMBIA
COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 61). The parties have not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. In accordance with 40 U.S.C. § 3114, on April 8, 2010, fee simple absolute title to the lands described in the complaint vested in the United States of America free and discharged of all claims and liens of every kind whatsoever.

3. Service of process was properly perfected upon all parties claiming an interest in the property being condemned in accordance with Rule 71.1(d) of the Federal Rules of Civil Procedure.

4. Christopher R. Johnson is discharged from his responsibilities as attorney ad litem with the gratitude of the court for his service.

5. Fair compensation for the condemnation is $9,500.00.

6. Escambia County, Florida, is entitled to receive $4,750.00 of the compensation payment of which shall be made first; and, thereafter, Defendant William Dickerson is entitled to receive the $4,750.00 remainder of the compensation.

7. The clerk of the court is directed to disburse the funds deposited in the registry of the court in accordance with this order.

**ORDERED** on July 12, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**